**Motion GRANTED and Order filed March 2, 2020.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-20-00172-CV

———————

## IN RE CURTIS BURTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50245**

---

## ORDER

February 28, 2020, relator Curtis Burton filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Dedra Davis, Judge of the 270th District Court, in Harris County, Texas, to set aside her February 11, 2020 order denying relator's motion to disqualify counsel entered in trial court number 2015-50245, styled *Burton v. Meridian Capital International Fund, et al.*

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 28, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2015-50245, *Burton v. Meridian Capital International Fund, et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest Meridian Capital International Fund and Meridian Capital CIS Fund to file a response to the petition for writ of mandamus on or before **March 17, 2020.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.